UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY J. BLACKMAN, *et al.*,

         Plaintiffs,

    v.

PARK WEST GALLERIES, INC., *et al.*,

         Defendants.

Case No. C08-1310RSL

ORDER STRIKING NOTICE
OF WITHDRAWAL

On November 24, 2008, counsel for HSBC Bank Nevada, N.A. and HSBC Finance Corporation filed a Notice of Withdrawal and Substitution of Counsel. Dkt. # 43. Pursuant to General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court." Counsel have not sought leave of court, nor have they filed a certification stating that a copy of the motion was served on their clients. An order of substitution is not required if there is simply a change or addition of attorneys within the same law firm. General Rule 2(g)(2). In this case, however, counsel are seeking to withdraw and substitute attorneys from a different firm.

Accordingly, the notice of withdrawal and substitution is hereby STRICKEN. Counsel Tim J. Filer, Jeffrey S. Miller, and Neil A. Dial will not be permitted to withdraw until they comply with General Rule 2(g)(4), including filing a certification that the motion was served on their clients and that the clients were notified of their obligation to be represented by an attorney.

ORDER STRIKING NOTICE OF WITHDRAWAL

Dated this 25th day of November, 2008.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE OF WITHDRAWAL    -2-