UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY J. BLACKMAN, *et al.*,

              Plaintiffs,

    v.

PARK WEST GALLERIES, INC., *et al.*,

              Defendants.

Case No. C08-1310RSL

ORDER STAYING DISCOVERY AND
CASE MANAGEMENT DEADLINES

On December 31, 2008, the Court entered a case management order in the above-captioned matter. Pursuant to that order, the deadline for filing a motion for class certification is April 7, 2009. Because the Court is currently considering a motion to transfer venue, a motion to compel arbitration, and various motions to dismiss (at least one of which appears to have merit), discovery and all pending case management deadlines are hereby STAYED. Defendants' motions for a protective order (Dkt. # 80, # 81, and #82) and plaintiffs' motion for an extension of time in which to file the class certification motion (Dkt. # 107) are DENIED as moot.

Dated this 3rd day of April, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge