1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                               AT SEATTLE

8   _____
                                            )
9   In re:  PARK WEST GALLERIES, INC.,      )      MDL No. 09-2076RSL
    MARKETING AND SALES PRACTICES           )
10  LITIGATION                              )
    _____)
11                                          )      ORDER REGARDING EXTENSION
    THIS DOCUMENT RELATES TO:               )      OF TIME IN WHICH TO RESPOND
12                                          )
    All Actions.                            )
13  _____)

14          This matter comes before the Court on the parties' "Stipulation Extending

15  Defendants' Time to Answer or Otherwise Plead in Response to Complaints."  MDL 2076, Dkt.

16  # 33.  It is hereby ORDERED that:

17          1.  Defendants need not respond to the existing complaints in the four pending actions and

18  may wait to file responses to the amended complaints that will likely be filed on or before

19  January 15, 2010.

20          2.  Pursuant to the Court's Order Setting Trial and Related Dates, defendants shall file

21  their responses to the amended complaints on or before February 15, 2010.

22          3.  In the event plaintiffs decide not to file an amended complaint in one or more of the

23  pending actions, plaintiffs shall give defendants notice of there decision(s).  Defendants shall

24  thereafter respond to the existing complaint(s) within thirty days of the notice.

25

26  ORDER REGARDING EXTENSION
    OF TIME IN WHICH TO RESPOND - 1

1  Dated this 4th day of November, 2009.

2

3  Robert S. Lasnik
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING EXTENSION
OF TIME IN WHICH TO RESPOND - 2