
Honorable Robert S. Lasnik

**09-MD-02076-WRNT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: PARK WEST GALLERIES, INC., MARKETING AND SALES PRACTICES LITIGATION | NO. 2:09-md-02076-RSL<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR HOLLAND AMERICA DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br>*BLACKMAN V. PARK WEST GALLERIES, INC., et al (C08-1310RSL)* | Noted for Hearing:<br>**January 28, 2010** |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree as follows, and request that the Court enter the Order set forth below:

1. The parties stipulate and agree, subject to the Court's approval, to the immediate withdrawal of David M. Schoeggl, Stephania C. Denton, and Caryn Geraghty Jorgensen of Mills Meyers Swartling as counsel for defendants Holland America Line Inc. and Holland America Line-USA Inc. ("Holland America").

2. The parties further stipulate that, effective immediately, these withdrawing attorneys shall be substituted by Stephen M. Rummage, Fred B. Burnside, and Daniel Davies of Davis Wright Tremaine LLP, and that all further papers and pleadings, exclusive of original process, should be served upon the Holland America defendants by serving Davis Wright Tremaine LLP, 1201 3rd Avenue, Suite 2200, Seattle, Washington 98101.

3. By their signature below, withdrawing counsel for Holland America certifies that this stipulated motion was served on the Holland American defendants and all counsel to this

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR HOLLAND
AMERICA DEFEDANTS (No. C09-2076RSL)- 1

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

litigation pursuant to GR 2(g)(4)(A) and that counsel has advised the Holland America defendants, as required by GR 2(g)(4)(B), that as corporate entities they are required by law to be represented by an attorney in this action. By virtue of the concurrent substitution of counsel, the Holland America defendants will have no lapse in representation before the Court.

DATED January 28, 2010.

| MILLS MEYERS SWARTLING<br>Withdrawing Attorneys for Defendants Holland America Line Inc. and Holland America Line-USA Inc. | DAVIS WRIGHT TREMAINE<br>Substituting Attorneys for Holland America Line Inc. and Holland America Line-USA Inc. |
|---|---|
| By: /s/David M. Schoeggl<br>David M. Schoeggl<br>WSBA No. 13638<br>Stephania C. Denton<br>WSBA No.: 21920<br>Caryn Geraghty Jorgensen<br>WSBA No.: 27510<br>dschoeggl@mms-seattle.com<br>sdenton@mms-seattle.com<br>cjorgensen@mms-seattle.com | By: /s/Stephen Michael Rummage<br>(per telephone authority)<br>Stephen Michael Rummage,<br>WSBA No. 11168<br>Fred B. Burnside<br>WSBA No. 32491<br>Daniel Davies<br>WSBA No. 41793<br>steverummage@dwt.com<br>fredburnside@dwt.com<br>danieldavies@dwt.com |
| COFFEY BURLINGTON<br><br>Paul Schwiep<br>Bob Burlington<br>Alice Meyer<br>pschwiep@coffeyburlington.com<br>rburlington@coffeyburlington.com<br>ameyer@cofferyburlington.com | |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Lead Attorneys for Plaintiffs | DANIELSON HARRIGAN LEYH & TOLLEFSON<br>Attorneys for Royal Caribbean Cruises Ltd |
| By: /s/Ivy Arai Tabbara<br>(per telephone authority)<br>Steve W. Berman<br>WSBA No. 12536<br>Ivy Arai Tabbara<br>WSBA No. 30859<br>steve@hbsslaw.com<br>ivy@hbsslaw.com | By: /s/Randall Thomsen<br>(per telephone authority)<br>Timothy G. Leyh<br>WSBA No. 14853<br>Randall Thomsen<br>WSBA No. 25310<br>timl@dhlt.com<br>randallt@dhlt.com |
| SWEETNAM LLC<br>William M. Sweetnam<br>Admitted *Pro Hac Vice* | |

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR HOLLAND AMERICA DEFEDANTS (No. C09-2076RSL)- 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## ORDER

IT IS SO ORDERED.

DATED this 2nd day of Feb. ~~January~~ 2010.

_____
Honorable Robert S. Lasnik

Presented by:

MILLS MEYERS SWARTLING
Attorneys for Defendants Park West
Galleries, Inc., Fine Art Sales, Inc., HSBC
Bank Nevada N.A. and Withdrawing
Attorneys for Holland America Line Inc., and
Holland America Line-USA Inc.


By: /s/David M. Schoeggl
    David M. Schoeggl
    WSBA No. 13638

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR HOLLAND
AMERICA DEFEDANTS (No. C09-2076RSL)- 3

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343