UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: PARK WEST GALLERIES, INC., MARKETING AND SALES PRACTICES LITIGATION | MDL No. 09-2076RSL |
| THIS DOCUMENT RELATES TO:<br>All Actions. | ORDER STAYING DISCOVERY AND STRIKING MOTIONS |

This matter comes before the Court on plaintiffs' corrected "Motion to Stay Pending Decision on Motions for Leave to Amend Complaints." MDL 2076, Dkt. # 223. Following the dismissal of a number of claims and defendants, plaintiffs filed motions to amend their complaints to correct some or all of the deficiencies identified by the Court. Until the nature and scope of plaintiffs' claims are established, discovery would likely miss the mark and the class certification analysis would be conducted in a vacuum.

It is therefore ORDERED that:

1. Discovery and all further motion practice in the above-captioned matters are STAYED pending further order of the Court.

2. Because the timing and scope of discovery may change before the stay is lifted, certain pending motions are STRICKEN without prejudice to the issues being raised again if similar

ORDER STAYING DISCOVERY
AND STRIKING MOTIONS - 1

disagreements arise in the future.  The Clerk of Court is directed to strike from the motion calendar "Plaintiffs' Motion to Compel Discovery from Defendants Royal Caribbean Cruises Ltd. and Celebrity Cruises Inc." (MDL 2076, Dkt. # 183), "Defendants Royal Caribbean Cruises Ltd. and Celebrity Cruises Inc.'s Motion for Continuance of Time for Filing Opposition to Plaintiffs' Motion to Compel" (MDL 2076, Dkt. 186), and "Park West's Motion to Compel Deposition Attendance From Plaintiffs Bohm, Mullen, and the Allemans" (MDL 2076, Dkt. # 201).

      3.  The Court will consider all other pending motions during the stay.

      4.  This order resolves both MDL 2076, Dkt. # 206 and # 223.

Dated this 4th day of August, 2010.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER STAYING DISCOVERY
AND STRIKING MOTIONS - 2